

Jonathan P. Vuotto, Esq.<br>
jpv@mcandrewvuotto.com<br>
Direct: (973) 532-6242

June 8, 2023

*<u>Via ECF</u>*

Hon. Mary Kay Vyskocil, U.S.D.J.
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

  **Re:**  **Goldberg v. Stein Saks, PLLC**
     **Case No. 1:23-cv-03089-MKV**

Dear Judge Vyskocil:

  This firm has been retained to represent Plaintiff, Mark Goldberg, in the above-referenced matter. Enclosed is a copy of our proposed Consent and Order Substituting Counsel for Plaintiff, which we also are filing separately on ECF.

  Additionally, in accordance with the Court's Scheduling Order dated June 6, 2023 [ECF Doc. 10], we write to advise the Court that we will be filing an amended pleading on Plaintiff's behalf. We will be filing Plaintiff's amended pleading by July 14, 2023, in accordance with the Scheduling Order.

Respectfully submitted,<br><br>
<u>/s/Jonathan P. Vuotto</u><br>
Jonathan P. Vuotto

Enclosure

cc: Kenneth Willard, Esq. (via ECF)

13 Mt. Kemble Avenue, Morristown, New Jersey 07960 (973) 538-6308<br>
1 Blue Hill Plaza, Suite 1509, Pearl River, New York 10965 (212) 382-2208<br>
www.mcandrewvuotto.com

Jonathan P. Vuotto, Attorney No. 4521696
McANDREW VUOTTO, LLC
1 Blue Hill Plaza, Suite 1509
Pearl River, New York 10965
(212) 382-2208
Attorneys for Plaintiff, Mark Goldberg

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK GOLDBERG,<br><br>                Plaintiff,<br><br>v.<br><br>STEIN SAKS, PLLC,<br><br>                Defendants. | Case No. 23-cv-03089-MKV<br><br>**CONSENT AND ORDER SUBSTITUTING COUNSEL FOR PLAINTIFF** |

Notice is hereby given that, subject to approval by the Court, Plaintiff, Mark Goldberg, substitutes Jonathan P. Vuotto, Esq., as counsel of record for Mark Goldberg, who was previously proceeding *pro se* in this matter. Contact information for new counsel is as follows:

Firm Name: McAndrew Vuotto, LLC
Address:    1 Blue Hill Plaza, Suite 1509
                Pearl River, New York 10965
Phone:      (212) 382-2208
Email:       jpv@mcandrewvuotto.com

      I hereby consent to being substituted as *pro se* in this matter.

Dated:     June 8, 2023

                                                                                          Mark Goldberg

I hereby consent to the above substitution.

Dated: June 8, 2023                                                               */s/Jonathan P. Vuotto*
                                                                                              Jonathan P. Vuotto

The substitution of attorney is hereby approved and so ORDERED.

Dated: _____                    _____
                                                                                   HON. MARY KAY VYSKOCIL, U.S.D.J.