**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
MARK GOLDBERG,

                      Plaintiff,

    -against-                                      23 **CIVIL** 3089 (MKV)

                                                         **JUDGMENT**

STEIN SAKS, PLLC,

                      Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 26, 2024, the motion to dismiss is GRANTED. The AC is dismissed with prejudice. Accordingly, the case is closed.

**Dated:**  New York, New York

      February 27, 2024

                                                         **RUBY J. KRAJICK**
                                                         **Clerk of Court**

                                   **BY:**
                                                          _____
                                                                 **Deputy Clerk**